1

2

3        UNITED STATES DISTRICT COURT

4        NORTHERN DISTRICT OF CALIFORNIA

5

6    STEVE GARRISON,                          Case No.  13-4120 WHO (PR)
                      Plaintiff,
7
                                              **ORDER OF DISMISSAL**
8          v.

9    STATE OF CALIFORNIA, et al.,

10                    Defendants.

11

12

13          Plaintiff has failed to comply with the Court's order to (1) file a complete

14   application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.

15   His IFP application is incomplete because he has not included a copy of his prison trust

16   account statement showing transactions for the last six months.  Accordingly, the action is

17   DISMISSED without prejudice for failing to respond to the Court's order, and for failure

18   to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice,

19   plaintiff may move to reopen the action.  Any such motion must contain (1) a prison trust

20   account statement showing transactions for the last six months, or (2) full payment for the

21   filing fee of $350.00.  The IFP application (Docket No. 5) is DENIED without prejudice.

22   The Clerk shall enter judgment in favor of defendants, terminate Docket No. 5, and close

23   the file.

24          **IT IS SO ORDERED.**

25   **Dated:**  October 7, 2013

26                                        _____

27                                        WILLIAM H. ORRICK
                                          United States District Judge
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


STEVE GARRISON,

                Plaintiff,

  v.

STATE OF CALIFORNIA et al,

                Defendant.

_____/

Case Number: CV13-04120 WHO

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Steve Garrison
885 N. San Pedre St.
San Jose, CA 95110


Dated: October 7, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk